IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| CONTINENTAL AIRLINES, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:09cv0770 |
| ) | |
| CONTINENTALAIR.COM, ) | |
| an Internet domain name, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated November 3, 2009. Defendant has not filed any objections to the Report and Recommendation. Based on a _de novo_ review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge.

It is hereby

ORDERED that VeriSign, Inc. transfer the registrar for the domain name <continentalair.com> from Hangang Systems, Inc. to Network Solutions LLC and ordering Network Solutions to transfer the registration of <continentalair.com> to Continental Airlines pursuant to the Anti-Cybersquatting Protection Act, 15 U.S.C. §

1125(d)(2).

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
December 17, 2009